UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

OAKLEY, INC.,

       Plaintiff,

-vs-               Case No. 6:06-cv-149-Orl-18JGG

SHAHAN FOODMAX INC. 102 d/b/a
SHAHAN FOOD MAX II,
SERAFINA BIBEAULT,

       Defendants.

---

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for hearing on August 21, 2006 on the following motion:

| | |
|---|---|
| **MOTION:** | MOTION FOR DEFAULT JUDGMENT AGAINST SHAHAN FOODMAX INC. 102 AND SERAFINA BIBEAULT (Doc. No. 14) |
| **FILED:** | July 20, 2006 |
| **THEREON** it is **RECOMMENDED** that the motion be **GRANTED** in part and **DENIED** in part. | |

Plaintiff Oakley, Inc. ["Oakley"] seeks to hold Defendants Shahan Foodmax Inc. 102 d/b/a Shahan Food Max II ["Shahan Food Max"] and Serafina Bibeault liable for infringing on Oakley's trademarks by selling counterfeit sunglasses in violation of the Lanham Act, 15 U.S.C. § 1114. Plaintiff now moves for entry default judgment and permanent injunction against Defendants Shahan and Bibeault who have never appeared in this action.